

**SO ORDERED.**

**SIGNED this 01 day of February, 2010.**

_____
**JOHN T. LANEY, III**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| In RE: | Chapter 13 |
| Eloise Reagan Atkins | |
| 4909 Roxbury Court | |
| Columbus, GA 31907 | Case No. 09-41207-JTL |
| | |
| Debtor (s)  SSN: | |
| XXX-XX-0903 | |

Order Confirming Plan Awarding Attorney's Fees Providing Extension Of The Plan
Beyond 36 Months And Providing Payment Of A Small Percentage Plan
_____

The debtor's(s') plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtor's(s') plan, or plan as modified, complies with Section 1325 of the Bankruptcy Code, 11 U.S.C. Section 1325 (West 1979 & Supp. 1989) and with other applicable provisions of Title 11 of the United States Code as shown by Exhibit "A" attached hereto;  and sufficient cause having been shown for the length of the plan to be extended beyond thirty-six months; and the debtor(s) having testified under oath at the first meeting of creditors to facts sufficient to establish that this small percentage plan is filed in good faith as that term is defined in In Re Kitchens, 702 F.2d 885 (11th Cir. 1983); and the Chapter 13 Trustee having recommended that the debtor's(s') plan to be confirmed; it is

The debtor's(s') plan having been transmitted to all creditors; and

Its having been determined, after hearing on notice, that the debtor's(s') plan, or plan as amended, complies with Section 1325 of the Bankruptcy Code, 11 U.S.C. Section 1325 (West 1979 & Supp. 1989) and with other applicable provisions of Title 11 of the United States Code as shown by Exhibit "A" attached hereto; and the debtor(s) having testified under oath at the first meeting of creditors to facts sufficient to establish that this small percentage plan is filed in good faith as that term is defined in  In Re Kitchens, 702 F.2d 885 (11th Cir. 1983); and the Chapter 13 Trustee having recommended that the debtor's(s') plan to be confirmed; it is

The debtor's(s') plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtor's(s') plan, or plan as modified, complies with Chapter 13 of the Bankruptcy Code Section 1325 (11 U.S.C. Section 1325) with other applicable provisions of this title as shown by Exhibit "A" attached hereto;  and

The Chapter 13 Trustee having recommended that the debtor's(s') plan to be confirmed; it is

ORDER that the debtor's(s') plan or plan as amended, which plan is attached hereto as Exhibit "A" and incorporated herein by reference, is confirmed, and the debtor's(s') is furthered ordered to comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

Ordered that an award of $2,504.86 is made to William H. Arey as interim compensation in this case pursuant to Section 331 of the Bankruptcy Code for the attorney services rendered in this case. The attorney has previously been paid $0.00. The Trustee is directed to pay the balance of $2,504.86 as an administrative expense; and it is further

Ordered that all pending motions to dismiss filed by the Chapter 13 Trustee are hereby withdrawn, unless a separate order has been entered resolving the motion.

END OF DOCUMENT

A. Kristin Hurst, Trustee

Filed 02/01/10
MIDDLE DISTRICT OF GEORGIA

RE:                                                                                          Case No. 09-41207-JTL
Eloise Reagan Atkins
4909 Roxbury Court
Columbus, GA 31907

---

Trustee's Report

**Payment Schedule**

| Payor | Amount | Start Date | Length |
|---|---|---|---|
| Eloise Reagan Atkins | $415.00 | October 30, 2009 | 2.00 |
| Eloise Reagan Atkins | $605.00 | December 30, 2009 | End of Plan |

Commitment Period: 60 months

From the payments so received, the trustee shall make disbursements as follows:

| Creditor Name | Value | Description | Int | Payment |
|---|---|---|---|---|
| **Mortgage Ongoing** | | | | |
| Wells Fargo Home Mortgage-Current | | Mtg/Begin 12/1/09 | | $200.00 |
| **Mortgage Arrearage** | | | | |
| Wells Fargo Home Mortgage | Debt | Arrears | 0.00 | $125.00 |
| Hsbc Consumer And Mortgage Lending | Debt | Mtg Arrears | 0.00 | Pro Rata |
| **Paid Outside Secured** | | | | |
| Hsbc Consumer And Mortgage Lending | | Mtg - Paid Directly By Debtor | | |
| Wells Fargo Home Mortgage | | Mtg  - Paid Directly By Debtor | | |

All 11 U.S.C. § 507 Priority claims will be paid in full over the life of the plan.

**Special Provisions**:
See special provisions provided for in plan or amended plan filed by debtor and incorporated herein by reference.

0.00%   will be paid to unclassified unsecured creditors.

If the plan proposes to pay less than 100% to the unsecured creditors, the debtor will pay 36 monthly payments before becoming eligible for a discharge under 11 U.S.C. 1328(a).

The Trustee recommends this plan be confirmed as it complies with all of the requirements of 11 U.S.C. Section 1325.

EXHIBIT "A"

/s/ Kristin Hurst

A. Kristin Hurst, Trustee