IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 09-41207 |
| ELOISE REAGAN ATKINS | * | CASE UNDER CHAPTER 13 |
| SSN \*\*\*-\*\*-0903 | | |
| 4909 ROXBURY COURT | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| DEBTOR | | |
| | * | |

## NOTICE

Please take notice, the Debtor has an objection to your claim with the United States Bankruptcy Court, P.O. Box 2147, Columbus, Georgia 31902 (706) 649-7837. This notice is being sent to you pursuant to FRBP 3007.

**Your claim may be reduced, modified or eliminated**. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to eliminate or change your claim, then you or your attorney must file with the Court a written response to the objection on or before MARCH 22, 2010 . If you are a governmental entity you have five additional days to respond.

If you mail your response to the Court for filing, you must mail it to United States Bankruptcy Court, P.O. Box 2147, Columbus, Georgia 31902, early enough for the Court to receive it on or before the date stated above.

Any request for a Hearing must also be mailed to the moving party and to all other persons indicated on the Certificate of Service attached to this pleading.

If a hearing is requested, it will be held on for APRIL 6, 2010 at 2:00 P.M. , in the U.S. Bankruptcy Courtroom, 901 Front Avenue, One Arsenal Place, Columbus, Georgia 31901.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This 16th day of February 2010.

AREY, LONG & CROSS, P.C.

By: _/s/ W. Arey_
William H. Arey
Attorney for Debtor
P.O. Box 8641
Columbus, GA 31908
(706) 596-6745
State Bar No: 021238

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 09-41207 |
| ELOISE REAGAN ATKINS | * | CASE UNDER CHAPTER 13 |
| SSN ***-**-0903 | | |
| 4909 ROXBURY COURT | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| DEBTOR | | |
| | * | |

## OBJECTION TO CLAIM

**COMES NOW**, the above-named Debtor and files this her Objection to the Claim filed by Wachovia Bank, National Association, Claim Number 1, in the amount of $67,282.70 filed on October 21, 2009.

The Debtor disputes the total arrearage in the amount of $67,282.70 as the post-petition arrearage should only be approximately $6,000.00.

**WHEREFORE**, the Debtor prays that the Court enters an Order reducing the arrearage owed to Wachovia Bank to $6,000.00.

Dated this 16th day of February 2010.

AREY, LONG & CROSS, P.C.

By: /s/ William H. Arey
William H. Arey
Attorney for Debtor
P.O. Box 8641
Columbus, GA  31908-8641
State Bar No. 021238
(706) 596-6745

**CERTIFICATE OF SERVICE**

I, William H. Arey, certify that I am and, at all times hereinafter mentioned, am more than 18 years of age; and that on the date below, I served a copy of the within Objection to Proof of Claim and Notice of Time by mailing a copy of the same in the United States Mail with appropriate postage affixed thereon to insure proper delivery addressed as follows:

WACHOVIA BANK
NATIONAL ASSOCIATION
P.O. BOX 13765
R4057-01P
ROANOKE, VA 24037

CHAPTER 13 TRUSTEE
P.O. BOX 1907
COLUMBUS, GA 31902

ELOISE ATKINS
4909 ROXBURY COURT
COLUMBUS, GA 31907

I certify under penalty of perjury that the foregoing is true and correct.

This 16th day of February 2010.

AREY, LONG & CROSS, P.C.

By: _____
William H. Arey
Attorney for Debtor
P.O. Box 8641
Columbus, GA  31908-8641
State Bar No: 021238
(706) 596-6745