

**SO ORDERED.**

**SIGNED this 23 day of March, 2010.**

_____
JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 09-41207 |
| ELOISE REAGAN ATKINS | * | CASE UNDER CHAPTER 13 |
| SSN \*\*\*-\*\*-0903 | | |
| 4909 ROXBURY COURT | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| DEBTOR | | |
| | * | |

<u>O R D E R</u>

It appearing unto the Court that the Debtor has objected to the Claim filed by Wachovia Bank, National Association, Claim Number 1, on February 16, 2010.

In said objection the Debtor disputed that the Post-Petition arrearage of $67,282.70 as the same should be $6,000.00.

It further appears unto the Court that Notice of said Objection and time frame in which to respond was sent to the Claimant, and no Objection has been filed with this Court.

IT IS THEREFORE ORDERED, DECREED AND ADJUDGED that the arrearage owed to Wachovia Bank be and is hereby reduced to $6,000.00.

END OF DOCUMENT

Prepared By:

AREY, LONG & CROSS, P.C.

By: _____
William H. Arey
Attorney for Debtors
P.O. Box 8641
Columbus, GA 31908
State Bar No: 021238
(706) 596-6745