IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 09-41207 |
| ELOISE REAGAN ATKINS | * | CHAPTER 13 |
| SSN \*\*\*-\*\*-0903 | | |
| 4909 ROXBURY COURT | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| DEBTOR | | |
| | * | |

## NOTICE

Please take Notice the Debtor has filed papers with the United States Bankruptcy Court, P.O. Box 2147, Columbus, Georgia 31902 (706) 649-7837, to modify the above referenced Chapter 13 Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to modify the Chapter 13 Plan, or if you want the Court to consider your views on the motion, then you or your attorney must file with the Court a written request for a Hearing on or before October 20, 2010.

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any request for a Hearing must also be mailed to the moving party and upon all other persons indicated on the certificate of service attached to this pleading.

If a Hearing is requested, it will be held on November 2, 2010 at 2:00 P.M., in the Court Room, 901 Front Avenue, Suite 309, Columbus, Georgia 31901.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

This 29th day of September 2010.

AREY, LONG & CROSS, P.C.

By: _____
William H. Arey
Attorney for Debtor
P.O. Box 8641
Columbus, GA  31908
(706) 596-6745
State Bar No: 021238

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 09-41207 |
| ELOISE REAGAN ATKINS | * | CHAPTER 13 |
| SSN ***-**-0903 | | |
| 4909 ROXBURY COURT | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| DEBTOR | | |
| | * | |

## MOTION FOR MODIFICATION OF PLAN AFTER CONFIRMATION

The **DEBTOR**, under the authority of Section 1329 of the Bankruptcy Code, files this Motion for Modification of Plan and respectfully shows:

1.

The Plan was confirmed on February 1, 2010.

2.

Debtor proposes to modify the Plan as follows: By surrendering the home located at 4909 Roxbury Court, Columbus, Georgia back to HSBC Mortgage Services and Wells Fargo Home Mortgage, Inc.; by reducing the payment to the Chapter 13 Trustee to $100.00 per month; and by showing the dividend to the unsecured creditors to be $2,500.00. All other terms shall remain in full force and effect.

3.

After notice and opportunity for objections, the plan as modified should become the Debtor's Plan.

**WHEREFORE,** the Debtor prays that the Motion for Modification of Plan be approved.

AREY, LONG & CROSS, P.C.
By: _____
William H. Arey
Attorney At Law
P.O. Box 8641
Columbus, Ga 31908
State Bar No: 021238
(706) 596-6745

## CERTIFICATE OF SERVICE

I, William H. Arey, certify that I am and, at all times hereinafter mentioned, was more than 18 years of age; and that on the date below, I served a copy of the within Motion for Modification of Plan After Confirmation and Notice by mailing a copy of the same in the United States Mail with appropriate postage affixed thereon to insure proper delivery addressed as follows:

## SEE ATTACHED DISTRIBUTION LIST

I, certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/29/2010                By: _____
        (Date)                            AREY, LONG & CROSS, P.C.
                                          William H. Arey
                                          Attorney for Debtor
                                          P.O. Box 8641
                                          Columbus, GA  31908
                                          (706) 596-6745
                                          State Bar No: 021238

```
Label Matrix for local noticing              HSBC Consumer and Mortgage Lending       HSBC Mortgage Services
113G-4                                       636 Grand Regency Blvd                   c/o McCalla Raymer, LLC
Case 09-41207                                Brandon, FL 33510-3942                   Bankruptcy Department
Middle District of Georgia                                                            1544 Old Alabama Road
Columbus                                                                              Roswell, GA 30076-2102
Wed Sep 29 16:44:00 EDT 2010

PRA Receivables Management, LLC              Wells Fargo Bank, N.A.                   4
POB 41067                                    c/o McCalla Raymer, LLC                  901 Front Avenue
Norfolk, VA 23541-1067                       Bankruptcy Department                    P.O. Box 2147
                                             1544 Old Alabama Road                    Columbus, GA 31902-2147
                                             Roswell, GA 30076-2102


BP                                           Bank of America                          Beneficial
Chase Credit Card Center                     P.O. Box 15726                           Bankruptcy Support
P.O. Box 689014                              Wilmington, DE 19886-5726                P.O. Box 8603
Des Moines, IA 50368                                                                  Elmhurst, IL 60126-8603


Chevron Credit Bank, NA                      Citi Bank Cards                          FIA Card Services NA aka Bank of America
P.O. Box 5010                                P.O. Box 6500                            By PRA Receivables Management, LLC
Concord, CA 94524-0010                       Sioux Falls, SD 57117-6500               PO Box 12907
                                                                                      Norfolk VA 23541-0907


HSBC Consumer and Mortgage Lending           HSBC Mortgage Services                   (p)INTERNAL REVENUE SERVICE
636 Grand Regency Rd.                        Bankruptcy Department                    CENTRALIZED INSOLVENCY OPERATIONS
Brandon, Florida 33510-3942                  P.O. Box 9068                            PO BOX 21126
                                             Brandon, FL 33509-9068                   PHILADELPHIA PA 19114-0326


Muscogee County Tax Commissioner             PRA Receivables Management, LLC          PRA Receivables Management, Llc
P.O. Box 1441                                As Agent Of Portfolio Recovery Assocs.   As Agent Of Portfolio Recovery Assocs.
Columbus, GA 31902-1441                      c/o Citibank                             c/o Beneficial
                                             POB 41067                                POB 41067
                                             NORFOLK VA 23541-1067                    NORFOLK VA 23541-1067


Portfolio Recovery Associates, LLC           Robert Atkins, Jr.                       Sears
PO Box 41067                                 4909 Roxbury Court                       P.O. Box 6922
Norfolk, VA 23541-1067                       Columbus, GA 31907-1660                  The Lakes, NV 88901-6922


U.S. Bank Consumer Loans                     Wachovia Bank, N. A.                     Wells Fargo Bank, N.A.
P.O. Box 2648                                P.O. Box 13765-R4057-01P                 Bankruptcy Department
Oshkosh, WI 54903-2648                       Roanoke, Va. 24037-3765                  3476 Stateview Blvd
                                                                                      X7801-014
                                                                                      Ft. Mill, SC 29715-7203


Wells Fargo Bank, N.A.                       Wells Fargo Home Mortgage, Inc.          Eloise Reagan Atkins
c/o McCalla Raymer, LLC                      P.O. Box 10335                           4909 Roxbury Court
Bankuptcy Department                         Des Moines, IA 50306-0335                Columbus, GA 31907-1660
1544 Old Alabama Road
Roswell, GA 30076-2102


Trustee Kristin Hurst                        William H. Arey
P.O. Box 1907                                P.O. Box 8641
Columbus, GA 31902-1907                      Columbus, GA 31908-8641
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Bankruptcy Section
P.O. Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)HSBC Mortgage Services<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | (u)c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients    2<br>Total    30 |