**SO ORDERED.**

**SIGNED this 24 day of November, 2010.**

_____
JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE
_____

```
                 IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE MIDDLE DISTRICT OF GEORGIA
                            COLUMBUS DIVISION

IN RE:                              *      CASE NO: 09-41207

ELOISE REAGAN ATKINS                *      CHAPTER 13
SSN ***-**-0903
4909 ROXBURY COURT                  *
COLUMBUS, GA 31907
                                    *

     DEBTOR                         *
                                    *
```

ORDER

The **Motion dated November 2, 2010 of the Debtor** to Modify the plan after confirmation having been presented to this Court and it appearing that notice was given to all creditors and interested parties with no objections having been filed, or if any have been filed the same having been resolved.

**IT IS THE ORDER** of this Court that the plan as modified shall become the permanent plan.

END OF DOCUMENT

```
Prepared By:
AREY, LONG & CROSS, P.C.

By_____
   William H. Arey
   Attorney for Debtor
   P.O. Box 8641
   Columbus, GA 31908
   (706) 596-6745
   State Bar No.: 021238
```